UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**Jose Marmalejo**
**Andrew Poker**
**Michael Williams**
**Rafal Luto**

**On behalf of themselves and**
**all others similarly situated**

    **Plaintiffs**

    v.                                  Case No. 19CV502

**Dublin Contractors, Inc.**
**James Holton Sr.**
**Gerard Holton Sr.**

    **Defendants.**

## JOINT MOTION FOR COLLECTIVE AND CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs, Andrew Poker, et al., and Defendants, Dublin Contractors, Inc., et al., by their respective counsel (collectively, the "Parties"), hereby jointly move the Court to enter an order that:

1. Grants conditional and final certification for an opt-in class consisting of all hourly employees of Dublin Contractors, Inc. ("Dublin") who, during the time period between April 8, 2017, and August 11, 2019, worked on at least one jobsite for Dublin, and who has either already filed an opt-in form with the Court, or who will have timely filed a claim form with the Court; and appoints the Previant Law Firm S.C. as collective action counsel.

2. Grants certification pursuant to Rule 23 of the Federal Rules of Civil Procedure for an opt-out class including all hourly employees of Dublin who during the time period between

April 8, 2017, and August 11, 2019, worked on at least one jobsite for Dublin, designates each of the seven individuals whose opt-in forms have already been filed with the Court as representatives of the Rule 23 Class, and designates the Previant Law Firm S.C. as counsel to the Rule 23 Class.

3. Grants preliminary approval for the settlement agreement that the Parties are filing with the Court in conjunction with this Motion.

4. Authorizes Class Counsel to mail to all class members the Class Notices, claim forms, and opt out forms agreed upon by the parties as applicable, which are attached to their settlement agreement as Exhibits 2-4; and to order that all claim forms, opt-out forms, and settlement objections be considered timely if they are post-marked no later than 30 days after the date that the Class Notices and Forms were mailed to class members.

5. Sets a date and time for the final settlement approval hearing no earlier than three months after the date of the granting of the motion for preliminary settlement approval to enable the Parties to exchange information and to verify the computation of payouts for individual members of the collective and class actions following the expiration of the period for class members to file their claim forms, opt-out forms, and objections.

6. Sets a deadline for the Parties to submit their motion for final approval of settlement, and fee petition (if any) no earlier than two weeks in advance of the date for the final settlement approval hearing.

This motion is supported by the attached memorandum of law, the Declaration of Yingtao Ho and exhibit attached thereto, as well as the settlement agreements and exhibits attached thereto.

Jointly submitted this 7th day of May, 2020.

| | |
|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | THE PREVIANT LAW FIRM, S.C. |
| s/ Jesse R. Dill<br>Keith E. Kopplin<br>WI State Bar No. 1044861<br>Jesse R. Dill<br>WI State Bar No. 1061704<br>1243 North 10th Street, Suite 200<br>Milwaukee, WI 53205<br>Telephone: 414.239.6400<br>Facsimile: 414.755.8289<br>keith.kopplin@ogletree.com<br>jesse.dill@ogletree.com<br><br>**ATTORNEYS FOR DEFENDANTS** | s/ Yingtao Ho<br>Yingtao Ho<br>WI State Bar No. 1045418<br>310 W. Wisconsin Avenue, Suite 100MW<br>Milwaukee, WI 53203<br>Telephone: 414.271.4500<br>Facsimile: 414.271.6308<br>yh@previant.com<br><br>**ATTORNEYS FOR PLAINTIFFS** |

41375700.1