UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOSE MARMALEJO, ANDREW POKER,
MICHAEL WILLIAMS, EFRAIN MARTIN,
RAMON MARMALEJO, RAFAEL MARMALEJO
and RAFAL LUTO,

On behalf of themselves and
all others similarly situated,
    Plaintiffs,

 v.               Case No. 19-CV-502

DUBLIN CONTRACTORS, INC., JAMES
HOLTON, SR., and GERALD HOLTON, SR.,
    Defendants.

---

**ORDER**

Upon review, the Court is preliminarily satisfied that the Settlement Agreement is fair and reasonable, and the parties' plan for sending notice is adequate and sufficiently informs members of the settlement's terms. **THEREFORE, IT IS ORDERED** that the parties' joint motion for preliminary approval of the Settlement Agreement (ECF No. 35) is **GRANTED**.

**IT IS HEREBY ORDERED** as follows:

1. The Court grants conditional and final certification for an opt-in class consisting of:

> all hourly employees of Dublin Contractors, Inc. ("Dublin") who, during the time period between April 8, 2017, and August 11, 2019, worked on at least one jobsite for Dublin, and who has either already filed an opt-in form with the Court, or who will have timely filed a claim form with the Court;

The Previant Law Firm S.C. is appointed collective action counsel.

2. The Court grants certification pursuant to Rule 23 of the Federal Rules of Civil Procedure for an opt-out class including:

> all hourly employees of Dublin who during the time period between April 8, 2017, and August 11, 2019, worked on at least one jobsite for Dublin.

Each of the seven individuals whose opt-in forms have already been filed with the Court are designated as Representatives of the Rule 23 Class. The Previant Law Firm S.C. is appointed class counsel to the Rule 23 Class.

3. The Court preliminarily approves the parties' Settlement Agreement, Exhibit 1, that has been filed with this motion.

4. Class Counsel is authorized to mail to all class members the Class Notices, claim forms, and opt out forms agreed upon by the parties as applicable (attached to their settlement agreement as Exhibits 2-4). To be considered timely, all claim forms, opt-out forms, and settlement objections shall be post-marked no later than 30 days after the date that the Class Notices and Forms are mailed to class members.

5. A hearing for final settlement approval shall be held **September 16, 2020 at 1 p.m.**, at U.S. District Court, Room 390, 517 East Wisconsin Avenue, Milwaukee, Wisconsin.

6. The parties shall submit their motion for final approval of settlement and fee petition (if any) by **September 2, 2020**.

Dated at Milwaukee, Wisconsin, this 15th day of May, 2020.

        s/Lynn Adelman
        LYNN ADELMAN
        District Judge

2

Case 2:19-cv-00502-LA    Filed 05/15/20    Page 2 of 2    Document 40