UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**Jose Marmalejo**
**Andrew Poker**
**Michael Williams**
**Rafal Luto**

**On behalf of themselves and**
**all others similarly situated**

    **Plaintiffs**

    v.                                  Case No. 19CV502

**Dublin Contractors, Inc.**
**James Holton Sr.**
**Gerard Holton Sr.**

    **Defendants.**

## PARTIES' JOINT MOTION FOR FINAL SETTLEMENT APPROVAL

Pursuant to 29 U.S.C. §216(c) and Rule 23(e) of the Federal Rules of Civil Procedure, the parties by their attorneys hereby move this Court for an Order granting final approval to the FLSA collective and Rule 23 class action settlements of this matter. This motion is supported by the attached memorandum of law, declaration and supporting exhibits, and on the entire record herein.

Respectfully submitted this 2nd day of September, 2020.

                            s/Yingtao Ho
                            Yingtao Ho
                            THE PREVIANT LAW FIRM, S.C.
                            Attorney for Plaintiffs
                            310 W. Wisconsin Ave. Suite 100MW
                            Milwaukee, WI 53212
                            414-271-4500 (Telephone)
                            414-271-6308 (Fax)

Email: yh@previant.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

s/ Jesse R. Dill
Keith E. Kopplin
WI State Bar No. 1044861
Jesse R. Dill
WI State Bar No. 1061704
1243 North 10th Street, Suite 200
Milwaukee, WI 53205
Telephone: 414.239.6400
Facsimile: 414.755.8289
keith.kopplin@ogletree.com
jesse.dill@ogletree.com